IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 2:14cr647-MHT |
| | ) | (WO) |
| DOUGLAS MATTHEW BERRY | ) | |

**MENTAL-HEALTH ORDER**

In accordance with the provisions in the judgment on revocation (doc. no. 241), it is ORDERED that the United States Probation Office shall:

(1) Arrange for a mental-health evaluation of defendant Douglas Matthew Berry by a clinical psychologist, within 30 days of the beginning of supervision, which should be sufficiently comprehensive and in-depth, and done by someone with the sufficient mental-health credentials, to:

　(a) identify and recommend appropriate treatment for any mental illnesses, substance-abuse disorders, and cognitive and intellectual disabilities;

(b) identify and give an official DSM diagnosis or diagnoses if warranted; and

(c) recommend an appropriate plan for mental-health and/or substance-abuse counseling, including recommendations as to how defendant Berry can develop skills to cope with life stressors without resorting to the use of drugs.

(2) File a report of the mental-health evaluation under seal with the court within 60 days of the beginning of supervision.

DONE, this the 13th day of February, 2020.

                          /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**