AO 245D (Rev. 02/18)   Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Middle District of Alabama

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| DOUGLAS MATTHEW BERRY | |
| | Case No.  2:14cr647-RAH-3 |
| | USM No.  15564-002 |
| | Jon C. Taylor |
| | *Defendant's Attorney* |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  1 through 9  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after pleading not guilty.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Unlawful use of a controlled substance | 11/07/2020 |
| 2 | Failure to comply with substance abuse treatment | 11/10/2020 |
| 3 | Knowingly associated with a convicted felon | 11/10/2020 |
| 4 | Failure to notify PO of being questioned by law enforcement | 11/05/2020 |

The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  4276

Defendant's Year of Birth:  1978

City and State of Defendant's Residence:
Enterprise, Alabama

12/01/2022
*Date of Imposition of Judgment*

/s/ R. Austin Huffaker, Jr.
*Signature of Judge*

R. Austin Huffaker, Jr., United States District Judge
*Name and Title of Judge*

12/04/2022
*Date*

AO 245D (Rev. 02/18)  Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page  2  of  3

DEFENDANT: DOUGLAS MATTHEW BERRY
CASE NUMBER: 2:14cr647-RAH-3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 | Unlawful Possession of a controlled substance | 11/10/2020 |
| 6 | New Criminal Offenses | 01/21/2021 |
| 7 | Unlawful Possession of a controlled substance | 01/21/2021 |
| 8 | Knowingly associated with persons engaged in criminal activity and/or who are convicted felons | 01/21/2021 |
| 9 | Possession of firearms and ammunition | 01/21/2021 |

AO 245D (Rev. 02/18)   Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

DEFENDANT: DOUGLAS MATTHEW BERRY
CASE NUMBER: 2:14cr647-RAH-3

Judgment — Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

12 mos. with no term of supervised release to follow. The term of supervised release imposed on February 11, 2020, is revoked. This sentence shall run consecutive to any sentence imposed in Docket No. 1:22cr22-RAH, U.S. District Court, Middle District of Alabama.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____.
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____.
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL